IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CHANTRA D. JOHNSON,        )
     Plaintiff,            )
                           )
     v.                    )  Civil Action No. 06-1077
                           )
MELLON BANK, N.A.,         )
     Defendant.            )
```

ORDER

AND NOW this 26th day of February, 2007, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT

_____, J.

cc:  all parties of record